1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  AYAD AL SAEEDI on behalf of<br>L.A.A.A.S., a minor,<br><br>12                    Plaintiff,<br>13<br>       v.<br>14<br>COMMISSIONER OF SOCIAL<br>15  SECURITY,<br>16                    Defendant. | No.  2:23–cv–002981-CKD SS<br><br>ORDER GRANTING IFP AND<br>DIRECTING E-SERVICE |

17

        Presently pending before the court is plaintiff's motion for leave to proceed in forma

18
pauperis.  See 28 U.S.C. § 1915 (authorizing the commencement of an action "without

19
prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 2.)

20
Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs

21
or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

22
        1.      Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

23
        2.      The Clerk of Court is directed to issue a summons for this case;

24
        3.      In keeping with the court's new e-service procedure for Social Security cases,[2]

25

26  [1] Actions involving review of Social Security decisions are referred to a magistrate judge
pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

27

28  [2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

                                               1

1   service on the defendant Commissioner of Social Security Administration shall

2   proceed under the court's E-Service program as follows.  Once a summons is

3   issued, the Clerk of Court shall deliver to the Commissioner of Social Security

4   Administration and the United States Attorney's Office at their designated email

5   addresses a notice of electronic filing of the action along with the summons and

6   complaint.  The Commissioner has agreed not to raise a defense of insufficient

7   service of process if provided with notice of a complaint as detailed in this order.

8   This order is not intended to prevent parties from making any other motions that

9   are appropriate under the Federal Rules of Civil Procedure; and

10   4.   The Clerk of the Court is directed to serve the undersigned's scheduling order in

11   social security cases.

12   Dated:  January 8, 2024

13   _____
CAROLYN K. DELANEY

14   UNITED STATES MAGISTRATE JUDGE

15

16

17

18   2/saeedi2981.ss.ifp.e-service

19

20

21

22

23

24

25

26

27

28

2