**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**A.A.S. o/b/o L.A.A.A.S.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **A.A.S. on behalf of L.A.A.A.S.,** | No.   2:23-CV-02981-CKD |
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Michael O'Malley, COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 6, 2024.

    This is a first extension for anyone. The complaint was filed fewer than four months ago at the time of this request, and the extension is of a little over four weeks from today's date. Aside from routine work, plaintiff's counsel has six hearings in Social Security cases scheduled

between now and the requested date, most requiring briefs and expects to be out of town for several days attending to both business and personal matters.

Dated:   April 4, 2024                                    /s/    *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:   April 5, 2024                                      /s/ per e-mail authorization

                                                          JACK DARCHER
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to May 6, 2024.

SO ORDERED.

Dated:  April 8, 2024

                                                          _____
                                                          CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE