PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (206) 615-2748
     E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AYAD A.S. o/b/o L.A.A.A.S., | Case No.: 2:23-cv-02981-CKD |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; ORDER |
| vs. |  |
| MARTIN O'MALLEY, Commissioner of Social Security, |  |
| Defendant. |  |

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 5, 2024, up to and including July 5, 2024. This is the Defendant's first request for an extension.

     The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. Counsel currently has three briefing deadlines in a period of two workdays, including this matter; in May 2024, Counsel also had two Ninth Circuit briefing deadlines, oral argument and mediation in the Ninth Circuit, and seven other district court briefing deadlines. Although Counsel has worked diligently on this matter and other assigned cases, this extension is necessary.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 4, 2024          /s/  *Jesse S. Kaplan*_____
                             JESSE S. KAPLAN
                             Attorney for Plaintiff
                             (*signature authorized via e-mail June 4, 2024)

Dated: June 4, 2024          PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation, Office 7


                     By:     /s/  *Michael J. Mullen*_____
                             MICHAEL J. MULLEN
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant


## ORDER


Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to July 5, 2024, to file the Commissioner's responsive brief.

Dated:  June 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE