**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**A.A.S. o/b/o L.A.A.A.S.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **A.A.S. on behalf of L.A.A.A.S.,** | No.   2:23-CV-02981-CKD |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **Michael O'Malley,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.**_____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 2, 2024.

    This is a first extension for this brief. Because the initial due-date falls on a weekend, this amounts to an eight-day extension. The reasons for this request are that plaintiff's counsel was working on other briefs at all levels of the Social Security system, including in federal court, and

now turns to this brief while also beginning work on a Ninth Circuit brief and a district court opening brief, as well as having to write prehearing briefs and do other work during these intervening two weeks. Although this is a 2023 case, it was filed December 20, 2023.

Dated:   July 18, 2024 /s/   *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

Dated:   July 18, 2024    /s/ per e-mail authorization
MICHAEL J. MULLEN
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to August 2, 2024.

SO ORDERED.

Dated: July 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE