UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A.A.A.S., *a minor*,<br><br>                    Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | No. 2:23-cv-02981-TLN-CKD<br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act ("Act"). On February 14, 2025, the magistrate judge filed findings and recommendations which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. The deadline has passed, and neither party has filed objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED:

        1. The February 14, 2025, findings and recommendations are ADOPTED in full;

        2. Plaintiff's Motion for Summary Judgment (ECF No. 11) is GRANTED;

        3. The Commissioner's Cross-Motion for Summary Judgment (ECF No. 15) is DENIED;

        4. Judgment is entered for Plaintiff; and

        5. This matter is REMANDED for further administrative proceedings consistent with this order.

DATED: March 11, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE